**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Crist Jr Roofing & Construction LLC**<br>Name | EIN | **84−3422705** |
| United States Bankruptcy Court | **Northern District of Georgia** | Date case filed for chapter **7** | **9/25/26** |
| Court website: | www.ganb.uscourts.gov | | |
| Case number: | **26−62841−bem** | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Copy fees or access charges may apply. A free automated response system is available at 866−222−8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Crist Jr Roofing & Construction LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 4550 Dallas Acworth Hwy<br>Dallas, GA 30132 | |
| **4. Debtor's attorney**<br>Name and address | William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329 | Contact phone 404−584−1238<br><br>Email: wrountree@rlkglaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329 | Contact phone 404−410−1220 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. − 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404−215−1000 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **November 2, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 807 186 1890, and Passcode 4173630937, OR call 1 (470) 924−8798**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |