**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**CRIST JR. ROOFING & CONSTRUCTION, LLC,**<br><br>**Debtor.** | **CASE NO. 26-62841-BEM**<br><br>**CHAPTER 7** |

**MOTION FOR EXTENSION OF TIME TO FILE**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned Debtor hereby files this Motion for Extension of Time to File Schedules and Statement of Financial Affairs (the "**Motion**"). In support of the Motion, the Debtor shows the Court as follows:

1. On September 25, 2026, (the **"Petition Date"**), the Debtor filed a petition for relief under Chapter 7 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").

2. An order setting a deadline to file a number of documents including the Debtor's Schedules and Statement of Financial Affairs (collectively the "**Schedules**") was entered on September 25, 2026, as docket entry 3. The time to file the Schedules will expire 14 days after the Petition Date, specifically, on October 9, 2026.

3. The Debtor requests an additional ten (10) days, through and including Monday, October 19, 2026, within which to file the Schedules.

4. The Debtor is compiling the necessary information to accurately depict its current assets and the financial information required to be disclosed in the Schedules. The Debtor and its counsel have been working diligently to compile this information but has had difficulty obtaining

certain information and therefore respectfully request additional time to ensure the Schedules are complete and accurate.

5. The additional time will provide the Debtor with an opportunity to thoroughly prepare its Schedules and will result in an accurate reporting of the information required to be disclosed therein.

6. The Section 341 meeting of creditors is scheduled for October 26, 2026. The extension of time requested herein should not adversely impact the 341 meeting.

WHEREFORE, Debtor requests entry of an order substantially in the form of the proposed order attached hereto as **Exhibit A** granting this Motion and such other and further relief as is just and proper.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Jonathan Clements*

Jonathan Clements, Ga. Bar No. 130051
2987 Clairmont Rd., Ste. 350,
Atlanta, Georgia 30329
404-584-1238
jclements@rlkglaw.com
***Counsel for the Debtor***

**<u>Exhibit A</u>**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**CRIST JR. ROOFING & CONSTRUCTION, LLC,**<br><br>**Debtor.** | **CASE NO. 26-62841-BEM**<br><br>**CHAPTER 7** |

**ORDER GRANTING DEBTOR'S SECONDMOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon consideration of the *Motion for Extension of Time to File Schedules and Statement of Financial Affairs* [Doc.__] (the "**Motion**") for an order extending the time to file schedules and statement of financial affairs; and jurisdiction existing for the Court to consider the Motion; and the Court having found that good and sufficient cause exists for granting the Motion,

It is hereby ORDERED as follows:

The Motion is GRANTED.

1. The time within which the Debtor is required to file its remaining Schedules and Statement of Financial Affairs and related documents is extended to **October 19, 2026**.

**### END OF ORDER ###**

**Prepared and presented by:**

**ROUNTREE, LEITMAN, KLEIN & GEER, LLC**

*/s/ Jonathan Clements*
Jonathan Clements, Ga. Bar No. 130051
2987 Clairmont Rd., Ste. 350,
Atlanta, Georgia 30329
404-584-1238
jclements@rlkglaw.com
***Proposed Counsel for the Debtor***

**Distribution List**

Rountree, Leitman, Klein & Geer, LLC
2987 Clairmont Rd., Ste. 350,
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I served the foregoing pleading through the Court's electronic case filing system, which generates an electronic service copy of same to all parties registered to receive notices thereby, including:

- **S. Gregory Hays** ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
- **Office of the United States Trustee** ustpregion21.at.ecf@usdoj.gov

Respectfully submitted,

*/s/ Jonathan Clements*
Jonathan Clements, Ga. Bar No. 130051
2987 Clairmont Rd., Ste. 350,
Atlanta, Georgia 30329
404-584-1238
jclements@rlkglaw.com
***Counsel for the Debtor***